In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of MARCUS DALY, Deceased.

MARGARET P. DALY, Individually and as Executrix of MARCUS DALY, Deceased, et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Daly*, 100 App. Div. 373, affirmed.
(Argued June 1, 1905; decided June 16, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1905, which reversed an order of the New York County Surrogate's Court exempting a part of the estate of Marcus Daly, deceased, from payment of a transfer tax.

*Latham G. Reed, John M. Bowers* and *Manfred W. Ehrich* for appellants.

*Frank S. Black, Henderson Peck* and *James J. McEvilly* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Dissenting: GRAY, J.